832 A.2d 321

BANK ONE, AKRON, N.A., ETC., PLAINTIFF–RESPONDENT,
v. JOHN G. KASPER, DEFENDANT–PETITIONER.

September 17, 2003.

IT IS ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed and the order of summary judgment vacated; and it is further

ORDERED that this matter be remanded to the Law Division for further proceedings consistent with this Order and the January 29, 2003, decision of Judge D'Italia.

Jurisdiction is not retained.